■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT A. CHRONIS, Appellant. [872 NYS2d 282]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 28, 1994 (*People v Chronis,* 209 AD2d 712 [1994]), affirming a judgment of the Supreme Court, Suffolk County, rendered March 11, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Spolzino and Skelos, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v HENRY COZZANI, Respondent. [872 NYS2d 282]—Appeal by the People from an order of the County Court, Suffolk County (Kahn, J.), dated October 29, 2007, which granted the defendant's motion to dismiss the indictment pursuant to CPL 210.20 (1) (g) and 30.30 (1) (a).

Ordered that the order is affirmed.

Contrary to the prosecution's contention, the County Court properly granted the defendant's motion to dismiss the indictment on speedy trial grounds (*see People v Price,* — AD3d —, 2009 NY Slip Op 01146 [2009] [decided herewith]). We note that while the prosecution raised in its opposing papers the contention that CPL 30.30 (3) (b) warranted the denial of the defendant's motion, that contention is without merit. Mastro, J.P., Angiolillo, Carni and Eng, JJ., concur.